# United States Bankruptcy Court
## District of Nevada

In re __Gypsum Resources, LLC__  
Debtor(s)

Case No. _____  
Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James M. Rhodes Dynasty Trust I<br>8912 Spanish Ridge, Suite 200<br>Las Vegas, NV 89148 | | 48.946% | Membership |
| James M. Rhodes Dynasty Trust II<br>8912 Spanish Ridge, Suite 200<br>Las Vegas, NV 89148 | | 48.946% | Membership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __July 26, 2019__     Signature _____  
James M. Rhodes, President of Truckee Springs Holdings, Inc.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.